1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**CENTRAL DISTRICT OF CALIFORNIA**

10
11

KERWIN JACKSON,                              )   NO. CV 12-0335 AG (SS)
                                             )
12

              Petitioner,                    )
                                             )
13

        v.                                   )   **JUDGMENT**
                                             )
14

KEVIN R. CHAPPELL, JR., Warden,              )
                                             )
15

              Respondent.                    )
                                             )
16
17

        IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

18
19

DATED: February 28, 2013.

20
21
22

                                   ANDREW J. GUILFORD
                                   UNITED STATES DISTRICT JUDGE

23
24
25
26
27
28